*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, DEERWESTER, and BURGTORF
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Shawn F. MASTERSON**
Seaman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202100232**

_____

Decided: 14 December 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
D. Monique Brown

Sentence adjudged 27 May 2021 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 150 days, bad-conduct discharge.

For Appellant:
*Captain Kimberly, D. Hinson, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error[1] materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[1] We note the Charge Sheet and Entry of Judgment contain scrivener's errors where Appellant's current enlistment date is incorrectly listed as 2018 instead of 2019.

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.